1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRAVARIS AMPS,                          Case No.  1:23-cv-01329-HBK

12              Plaintiff,                   ORDER TO SUBMIT ENCLOSED
                                             APPLICATION TO PROCEED *IN FORMA*
13        v.                                 *PAUPERIS* OR PAY FILING FEE

14   ALL WRONGDOERS,                         21-DAY DEADLINE

15              Defendants.

16

17        Plaintiff initiated this action pro se by filing a "claim" on September 7, 2023.  (Doc. No.

18   1).  Plaintiff did not accompany his filing with the $402.00 filing fee or an application to proceed

19   *in forma pauperis* under 28 U.S.C. § 1915.  No action may be maintained in this Court without

20   prepayment of the filing fee or being granted in forma pauperis status.  28 U.S.C. § 1914; Local

21   Rule 121(c).

22        Accordingly, it is **ORDERED**:

23        1.  Within **twenty-one (21) days** of the date of this Order, Plaintiff shall either: (1)

24            complete the attached application to proceed *in forma pauperis*; or (2) pay the $402.00

25            filing fee.

26        2.  If Plaintiff fails to timely comply with this Order, or request an extension by showing

27            good cause, the undersigned will recommend the Court dismiss this case for Plaintiff's

28            failure to comply with a court order and/or prosecute this action.

3.  The Clerk of Court shall enclose a non-prisoner application to proceed in forma pauperis with this this Order.

Dated:    September 8, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE