UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS., <br><br> Plaintiff, <br><br> v. <br><br> ALL WRONGDOERS, <br><br> Defendants. | No. 1:23-cv-01329-ADA-HBK <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br><br> (ECF No. 4) |

Plaintiff Travaris Amps, proceeding pro se, filed this civil rights action against Defendants All Wrongdoers on September 7, 2023. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 8, 2023, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or to pay the filing fee within twenty-one days. (ECF No. 2.) The deadline has expired, and Plaintiff failed to submit an application to proceed in forma pauperis or pay the filing fee. On October 6, 2023, the Magistrate Judge filed a findings and recommendation, recommending the District Court dismiss this action for failure to prosecute. (ECF No. 4.) The findings and recommendations contained notice that objections thereto were to be filed within fourteen days of service. (*Id*. at 5.) To date, no objections have been filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a

1

de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendation filed on October 6, 2023, (ECF No. 4), are ADOPTED in FULL;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to prosecute, failure to obey court orders, and failure to pay the filing fee; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 6, 2023

UNITED STATES DISTRICT JUDGE